Rudy Van WILLIAMS,
Plaintiff–Appellee

v.

Officer Fnu RAMIREZ, Gang
Intelligents Officer, De-
fendant–Appellant.

No. 07–50378.

United States Court of Appeals,
Fifth Circuit.

June 11, 2008.

Louis Elias Lopez, Law Office of Louis E. Lopez, El Paso, TX, for Plaintiff–Appellee.

Kitty Schild, County Attorney's Office for El Paso County, El Paso, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM: *

Defendant–Appellant Officer Ramirez brings this interlocutory appeal to challenge the district court's denial of his motion to dismiss and/or for summary judgment based on qualified immunity. Because genuine issues of material fact remain to be resolved, we have no jurisdiction to decide this interlocutory appeal.

Appeal dismissed.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.